IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JERRY FLOYD INGRAM, JR.                                                          PLAINTIFF

V.                              CASE NO. 5:15-CV-5068

SHERIFF TIM HELDER; NURSE JUDY
MADEWELL; NURSE RHONDA S. BRADLEY;
DR. SAEZ; NURSE REGINA CAMPBELL; AND
JANE DOE NURSES                                                                  DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 33) filed in this case on December 21, 2015, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation:

1. Separate Defendant Sheriff Tim Helder's Motion for Summary Judgment (Doc. 24) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE** with respect to all claims against Sheriff Helder

2. Separate Defendants Roberto Saez, MD; Judy Madewell, Rhonda Bradley, and Regina Walker's Motion for Summary Judgment (Doc. 21) is **GRANTED IN PART and DENIED IN PART** as follows:

A. The Motion is **GRANTED** with respect to Plaintiff's claims concerning his alleged receipt of out-of-date medications and the denial of his preferred medication; and

B. The Motion should be **DENIED** with respect to Plaintiff's claim concerning his delay in receipt of prescription medication after his intake date. This claim will be set for trial by separate order.

**IT IS SO ORDERED** on this 4th day of February, 2016.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE